**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE: ROSS, U.S.D.J     JUN.18,2012     TIME:11:00am

CR-05-564

DEFT NAME: **Lucy Correa**     #_____
✓ present ___ not present     ✓ cust. ___ bail

DEFENSE COUNSEL: Mark Cohen
✓ present ___ not present     ✓ CJA ___ RET. ___ LAS

A.U.S.A.: Tenisha Payne     CLERK: DEL
REPORTER: Lisa Schmid     OTHER: _____
INT: (LANG.-Spanish) E. Plested

✓ CASE CALLED.    ✓ DEFT APPEARS WITH COUNSEL.
___ DEFT APPEARS WITHOUT COUNSEL.
___ COUNSEL PRESENT WITHOUT DEFT.
___ STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
___ STATUS CONF/HRG FOR DEFT HELD.
___ JURY SELECTION SET FOR _____
___ BEFORE J. ROSS ___ PARTIES CONSENT TO MAGISTRATE.
___ TRIAL SCHEDULED FOR _____.

✓ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
✓    CODE TYPE T   START 6/18/12   STOP 7/31/12
   ✓ ORDER / ~~WAIVER EXECUTED~~ & FILED. ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO _____.
✓ FURTHER STATUS CONF/~~HRG~~ SET FOR 7/31/12 @ 11:00am.

DEFT ___ SWORN ___ ARRAIGNED ___ INFORMED OF RIGHTS
___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.___
_____ OF THE (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.
OTHER: _____